# United States Bankruptcy Court
## Southern District of Ohio

In re  **Suzanne Bair**  
Debtor(s)

Case No.  
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **July  2, 2018**

**/s/ Suzanne Bair**  
**Suzanne Bair**  
Signature of Debtor