UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:  CASE NO: 18-12585
SUZANNE BAIR  CHAPTER 7
  JUDGE: BUCHANAN

DEBTOR

CERTIFICATION EVIDENCING COMPLIANCE WITH 11 USC 521(e)(2)A & LBR 4002-1(b)(1) REGARDING SERVICE OF PAY ADVISES & TAX RETURNS

I. I hereby certify that pursuant to 11 USC 521(e)(2)(A) and LBR 4002-1(b)(1), any copies of payment advises or other evidence of payment received by the Debtor(s) from any employer within 60 days of filing and a copy of the Federal Income Tax Return required under applicable law, have been served on the Interim Trustee and US Trustee.

/s/Robert A. Goering  /s/Eric W. Goering  /s/ T. Martin Jennings
Robert #0034600       Eric #0061146       T. Martin #0036932
GOERING & GOERING LLC
220 W. 3rd St.
Cincinnati, OH 45202
513-621-0912