UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                          :
                                                        Chapter 7, Judge Buchanan
SUZANNE BAIR                          :         CASE NO. 18-12585

                                                :        TRUSTEE'S APPLICATION TO
            Debtor                              EMPLOY SPECIAL COUNSEL
                                                :

    Now comes the Trustee in the above referenced proceeding and requests authorization pursuant to 11 U.S.C. Section 327(a) and Bankruptcy Rule 2014, to appoint Christine B. Hill, 3991 Hamilton Middletown Road, Suite T, Hamilton, Ohio 45011, as special counsel for the Trustee, because there exists a possibility of a fraudulent transfer with respect to the transfer of real estate located at 1800 Tanglewood Drive, Loveland, Ohio 45140.  This asset will need to be investigated, with the necessary pleadings, orders and related documents being prepared and filed with the Court. The hourly attorney's fee will be $250.00, subject to the Court's approval.   Costs are expected to be minimal. To date, no attorney fees have been paid to Christine B. Hill in this case.  Christine B. Hill is a disinterested person who does not hold or represent an interest adverse to the estate, and the Trustee believes that her appointment is in the best interests of the estate.

    WHEREFORE, it is respectfully requested that an Order be entered authorizing the Trustee to employ Christine B. Hill as special counsel for the Trustee as set forth above.

    Respectfully submitted,

    /s/ Eileen K. Field
    _____
    Eileen K. Field, Trustee
    OH Reg. #0007384
    3991 Hamilton Middletown Road
    Suite U
    Hamilton, OH 45011
    (513) 684-9000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | | Chapter 7, Judge Buchanan |
| SUZANNE BAIR | : | CASE NO. 18-12585 |
| | | |
| | : | NOTICE OF TRUSTEE'S |
| Debtor | | APPLICATION TO |
| | : | EMPLOY SPECIAL COUNSEL |

    Eileen K. Field, Trustee, has filed an Application with the Court to employ Christine B. Hill as Special Counsel to pursue a possible adversary proceeding with respect to Debtors' residential real estate.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant the application, or if you want the Court to consider your views on the application, then on or before September 19, 2018, you or your attorney must:

    File with the Court a written request for a hearing, at:

>   Clerk, U.S. Bankruptcy Court
>   Atrium Two, Suite 800
>   221 E. Fourth Street
>   Cincinnati, Ohio  45202

    If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

    You must also mail a copy to:

Eileen K. Field, Trustee
3991 Hamilton Middletown Road
Suite U
Hamilton, OH 45011

Robert A. Goering, Esq.
Attorney for Debtor
220 West Third Street
Cincinnati, OH 45202

U.S. Trustee's Office
36 E. Seventh Street, Suite 2030
Cincinnati, OH  45202

Suzanne Bair
1800 Tanglewood Drive
Loveland, OH 45140

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

/s/ Eileen K. Field
_____
Eileen K. Field, Trustee
3991 Hamilton Middletown Road
Suite U
Hamilton, OH 45011
 (513) 684-9000

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Trustee's Application to Employ Special Counsel was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court and (ii) by **ordinary U.S. Mail** on August 29, 2018, addressed to:

Suzanne Bair
1800 Tanglewood Drive
Loveland, OH 45140

Christine B. Hill
Attorney at Law
3991 Hamilton Middletown Road, Suite T
Hamilton, OH 45011

All creditors listed on the attached mailing matrix

    /s/ Eileen K. Field
_____
Eileen K. Field, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-1<br>Case 1:18-bk-12585<br>Southern District of Ohio<br>Cincinnati<br>Wed Aug 22 18:17:24 EDT 2018 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 1420 Main Street LLC<br>1431 Main Street<br>Cincinnati OH 45202-6339 |
| 84 Lumber<br>P O Box 360343<br>Pittsburgh PA 15250-0001 | ADT Security Services Inc<br>P O Box 551200<br>Jacksonville FL 32255-1200 | Allied Glass<br>2036 Reading Road<br>Cincinnati OH 45202-1484 |
| Asst US Trustee (Cin)<br>Office of the US Trustee<br>36 East Seventh Street<br>Suite 2030<br>Cincinnati, OH 45202-4457 | Bair Build Company, LLC<br>1706 John Street<br>Cincinnati OH 45214-2462 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Barestone LLC<br>2372 Madison Road #WIC<br>Cincinnati OH 45208-1037 | Barestone, LLC<br>c/o Brian Hirsch Agent<br>105 E 4th Street #300<br>Cincinnati OH 45202-4023 | Barron Peck Bennie & Schlemmer<br>3074 Madison Road<br>Cincinnati OH 45209-1723 |
| Bethesda Hospital<br>PO Box 633571<br>Cincinnati OH 45263-3571 | Brian Redden<br>105 E 4th Street #300<br>Cincinnati OH 45202-4023 | CB Real Estate<br>45 Fairfield Ave #4<br>Bellevue KY 41073-1149 |
| Cavalry SPV<br>500 Summit Lake Drive<br>Valhalla NY 10595-1340 | Chase<br>PO Box 15153<br>Wilmington DE 19886-5153 | Chip & Diane Denning<br>1507 Republic Street<br>Cincinnati OH 45202-7015 |
| Citicards<br>P O Box 6500<br>Sioux Falls SD 57117-6500 | Credit Collection Services<br>725 Canton Street<br>Norwood MA 02062-2679 | D & A Services<br>1400 E Touhy Ave #G2<br>Des Plaines IL 60018-3338 |
| DEPE, LLC dba Pella<br>9869 Montgomery Road<br>Cincinnati OH 45242-6424 | Dale Seif<br>110 E Emmitt<br>Waverly OH 45690-1334 | David Donnett<br>1212 Sycamore #36<br>Cincinnati OH 45202-7355 |
| David Kamp<br>1700 4th & Vine Tower<br>1 West 4th Street<br>Cincinnati OH 45202-3604 | David Weber<br>300 Pike Street #500<br>Cincinnati OH 45202-4241 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 |
| First Bank of Ohio<br>175 S Washington St<br>Tiffin OH 44883-2843 | Genpact Services, LLC<br>PO Box 1969<br>Southgate MI 48195-0969 | Home Depot<br>PO Box 790328<br>Saint Louis MO 63179-0328 |

Internal Revenue Service
P O Box 7346
Philadelphia PA 19101-7346

Josh Loewenstine
3616 Marburg Ave
Cincinnati OH 45208-1611

Keidel
1150 Tennessee Ave
Cincinnati OH 45229-1010


Kingston Development Group LLC
2372 Madison Road Unit WIC
Cincinnati OH 45208-1037

Levy & Associates
4645 Executive Drive
Columbus OH 43220-3601

Lloyd & McDaniel PLC
P O Box 23200
Louisville KY 40223-0200


Louisville Tile
3200 E Kemper Road
Cincinnati OH 45241-1540

Michael Carter
coplaintiff with Barestone
5580 Windridge View
Cincinnati OH 45243-2977

Office of District Counsel
312 Elm Street
Suite 2350
Cincinnati OH 45202-2742


Ohio Attorney General
30 E Broad Street
14th Floor
Columbus OH 43215-3414

(p)OHIO BUREAU OF WORKERS COMPENSATION
LAW SECTION BANKRUPTCY UNIT
P O BOX 15567
COLUMBUS OH 43215-0567

One Advantage
1232 W State Rd 2
La Porte IN 46350-5469


PNC Bank
Western Loan Center
2730 Liberty Ave
Bankruptcy Dept
Pittsburgh PA 15222-4704

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Ravdeep & Sonia Chanana
234 E 23rd Street #4A
New York NY 10010-4624


Richard Avis
PO Box 31579
Chicago IL 60631-0579

Santina Vanzant
8534 E Kemper Road
Cincinnati OH 45249-3701

Schimpf, Ginocchio & Kehres
36 East 7th Street #2600
Cincinnati OH 45202-4452


Speedway Super America LLC
P O Box 740587
Cincinnati OH 45274-0587

State of Ohio
Department of Taxation
Attn: Bankruptcy Division
P O Box 530
Columbus OH 43266-0030

Sunbelt Rental
4631 Spring Grove
Cincinnati OH 45232-1944


Synchrony Bank
PO Box 965004
Orlando FL 32896-5004

Synchrony Bank (Lowes)
Attention Bankruptcy Dept
PO Box 965060
Orlando FL 32896-5060

U S Attorney
221 East Fourth Street
Suite 400
Cincinnati OH 45202-4219


Union Savings Bank
8534 E. Kemper Road
Cincinnati OH 45249-3701

Valley Insulation
5537 OH 128
Cleves OH 45002

Wells Fargo
PO Box 29482
Phoenix AZ 85038-9482


Eileen K Field
3991 Hamilton Middletown Road
Unit U
Hamilton, OH 45011-6224

Robert A Goering
220 West Third Street
Cincinnati, OH 45202-3407

Suzanne Bair
1800 Tanglewood Dr
Loveland, OH 45140-9319

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982234<br>El Paso TX 79998 | Fifth Third Bank<br>38 Fountain Square Plaza<br>Cincinnati OH 45202 | Ohio Bureau of Workers Compensation<br>Attn:  Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus OH 43215-0567 |

End of Label Matrix
Mailable recipients    59
Bypassed recipients     0
Total                  59