UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                          :

                                                    Chapter 7, Judge Buchanan
SUZANNE BAIR                         :          CASE NO. 18-12585

                                                :          AFFIDAVIT OF DISINTEREST

            Debtor

STATE OF OHIO              )
                                     ) SS:
COUNTY OF HAMILTON )

    Now comes Christine B. Hill and states as follows:

    1.      I have no relationship, past or present, with the debtor, creditors, equity shareholders,

attorney of the debtor, accountant of the debtor, insider, or affiliates of the debtor, or other interested

party.

    2.      I have no interest which is adverse to the estate.

    3.      My employment herein is not prohibited by, or improper under Bankruptcy Rule

5002, and I am not related to the bankruptcy Judge who is assigned to this case.

    4.      I acknowledge that the payment of any attorney fees for my services in this matter are

subject to the prior approval and order of the Bankruptcy Court after proper application is made

therefor.

    Further affiant sayeth naught.

                                                    _____
                                                    Christine B. Hill

Sworn to and subscribed in my presence this 21st day of August, 2018.

                                                    _____
                                                    Notary Public

EILEEN K. FIELD, Attorney at Law
NOTARY PUBLIC ● STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.