**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: October 1, 2018**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | : |
| | Chapter 7, Judge Buchanan |
| SUZANNE BAIR | : CASE NO. 18-12585 |
| | : ORDER GRANTING APPLICATION |
| Debtor | TO EMPLOY SPECIAL COUNSEL |
| | : |

The Trustee has filed an Application (Doc. 11 ) to employ Christine B. Hill as Special Counsel, pursuant to 11 U.S.C. Section 327(a) and Bankruptcy Rule 2014. For good cause shown, said Application is GRANTED.

SO ORDERED

Copies to:

Default List

Christine B. Hill
Attorney at Law
3991 Hamilton Middletown Road, Suite T
Hamilton, OH 45011