**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: October 1, 2018**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | : |
| | Chapter 7, Judge Buchanan |
| SUZANNE BAIR | : CASE NO. 18-12585 |
| | : ORDER GRANTING APPLICATION |
| Debtor | TO EMPLOY SPECIAL COUNSEL |
| | : |

The Trustee has filed an Application (Doc. 11 ) to employ Christine B. Hill as Special Counsel, pursuant to 11 U.S.C. Section 327(a) and Bankruptcy Rule 2014. For good cause shown, said Application is GRANTED.

SO ORDERED

Copies to:

Default List

Christine B. Hill
Attorney at Law
3991 Hamilton Middletown Road, Suite T
Hamilton, OH 45011

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                 Case No. 18-12585-bab
Suzanne Bair                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-1          User: striplic          Page 1 of 1          Date Rcvd: Oct 02, 2018
                              Form ID: pdf01          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.
db              +Suzanne Bair,    1800 Tanglewood Dr,    Loveland, OH 45140-9319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
              Asst US Trustee (Cin)    ustpregion09.ci.ecf@usdoj.gov
              Christine B Hill     on behalf of Trustee Eileen K Field chrishill.atty@fuse.net
              Eileen K Field     eileenfield.trustee@fuse.net, efield@ecf.epiqsystems.com
              Robert A Goering     on behalf of Debtor Suzanne  Bair rob@goering-law.com,
               rob_53891@ecf.courtdrive.com
                                                                                                TOTAL: 4