Certificate Number: 00927-OHS-DE-031716726

Bankruptcy Case Number: 18-12585



00927-OHS-DE-031716726

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 4, 2018, at 5:17 o'clock PM EDT, SUZANNE BAIR completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date:   October 4, 2018                              By:       /s/ELIZABETH N GARCIA

Name:   ELIZABETH N GARCIA

Title:   Certified Credit Counselor