# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | ) | Case No. 1:18-bk-12585 |
| | ) | |
| Suzanne Bair, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | **Hon. Beth A. Buchanan** |
| | ) | U.S. Bankruptcy Judge |

### NOTICE OF MOTION BY UNITED STATES TRUSTEE
### FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE

You are hereby notified that the United States Trustee for Region 9 ("U.S. Trustee") moves the Court for an order extending the date for filing a motion to dismiss under 11 U.S.C. § 707, and/or filing a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion/objection, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk of the Court at the United States Bankruptcy Court, 221 East 4th Street, Suite 800, Cincinnati, Ohio 45202, OR your attorney must file a response using the Court's ECF System.

The Court must receive your response on or before the date above. You must also send a copy of your response either by 1) the Court's ECF System or by 2) regular U.S. Mail to Benjamin A. Sales, 36 East Seventh Street, Suite 2030, Cincinnati, Ohio 45202.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further notice or hearing.

If you would like a copy of the underlying Motion to Extend, please request such in writing to, Benjamin A. Sales, 36 East Seventh Street, Suite 2030, Cincinnati, Ohio 45202 or by telephone at: (513) 684-6988 x223.

Pursuant to Fed. R. Bankr. P. 4004(c), the discharge is stayed pending the conclusion of this Motion.

Dated: October 9, 2018              Respectfully Submitted:

                                           Daniel M. McDermott
                                           United States Trustee
                                           Region 9

by:    /s/ Benjamin A. Sales
       Benjamin A. Sales (CO #51551)
       Attorney for the U.S. Trustee
       36 East Seventh Street, Suite 2030
       Cincinnati, Ohio 45202
       (513) 684-6988 x223
       Fax: (513) 684-6994
       E-mail: benjamin.a.sales@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, a copy of the foregoing NOTICE OF MOTION BY UNITED STATES TRUSTEE FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS CASE, AND/OR TO FILE COMPLAINT OBJECTING TO DISCHARGE was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court:

Eileen Field, Esq., Chapter 7 Trustee
Robert A. Goering, Esq., Attorney for the Debtor

and on the following by ordinary U.S. Mail addressed to:

Suzanne Bair
1800 Tanglewood Dr.
Loveland, OH 45140

                                           /s/ Benjamin A. Sales
                                           Benjamin A. Sales