## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| IN RE:<br>SUZANNE BAIR | Case No. 18-12585<br>Chapter 13 |
| Debtor | Judge Beth A. Buchanan |

_____
### WITNESS LIST
_____

Comes now Debtor and for her witness list states as follows:

Witness:      Suzanne Bair
              1800 Tanglewood Drive
              Loveland, Ohio 45140

Brief Synopsis:  Scope of inquiry on financial dealings of the Debtor and business. Review of 341 meeting and Rule 2004 Exam.

                                            Respectfully submitted,

                                            */s/ Robert A. Goering*
                                            Robert A. Goering 0034600
                                            220 W. Third Street
                                            Cincinnati, Ohio 45202
                                            (513) 621-0912

CERTIFICATE OF SERVICE

       I hereby certify that on May 8, 2019, a copy of the foregoing Witness List was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

U.S. Trustee
Eileen Field
Christine Hill
Brian Redden
Paul Saba
Benjamin Sales
Mary Ann Wilsbacher

And on the following by ordinary U.S. mail addressed on:

Suzanne Bair
1800 Tanglewood Drive
Loveland, Ohio 45140

                                      */s/ Robert A. Goering*
                                      Robert A. Goering 0034600