| | |
|---|---|
| **From:** | Sales, Benjamin A. (USTP) |
| **To:** | Rob Goering |
| **Cc:** | eileenfield.trustee@fuse.net |
| **Subject:** | RE: Bair - 18-12585 |
| **Date:** | Friday, October 5, 2018 12:41:00 PM |
| **Attachments:** | Agreed Order Extending b3-727 deadline - NO MOTION.pdf |

Good afternoon Rob,

Just checking to confirm that your client is still working on obtaining the documents I requested in the letter sent September 20, 2018. I understand that there have already been talks with the chapter 7 trustee about doing a 2004 exam once we have all have received the documents and had time to review them. I just checked and it appears that our deadline to object is 10/9. Would you be willing to agree to a 60 day extension of time for the Chapter 7 Trustee and the U.S. Trustee? Please advise if I have your permission to upload the attached AO extension. If not, please let me know and I will file a motion.

Thanks,
Ben


**From:** Sales, Benjamin A. (USTP)
**Sent:** Thursday, September 20, 2018 5:02 PM
**To:** 'Rob Goering' <rob@goering-law.com>
**Cc:** 'eileenfield.trustee@fuse.net' <eileenfield.trustee@fuse.net>
**Subject:** Bair - 18-12585

Good afternoon Rob,

Please find attached a letter requesting information from your client, Suzanne Bair, Case No. 18-12585. Please forward said information to me within fourteen days from receipt of this e-mail. Should you have any comments or questions, please do not hesitate to contact me. Thank you in advance for your anticipated cooperation with this matter.

Sincerely,

Benjamin A. Sales, Esq.
Trial Attorney, Cincinnati
United States Department of Justice
Office of the United States Trustee
36 E. Seventh Street, Suite 2030
Cincinnati, Ohio 45202
(513) 684-6988 x 223