| | |
|---|---|
| **From:** | Rob Goering |
| **To:** | Sales, Benjamin A. (USTP) |
| **Subject:** | RE: Bair - 18-12585 |
| **Date:** | Friday, October 5, 2018 1:07:23 PM |

Let me check with the client…havent heard from her in a bit….

Robert A. Goering
Attorney at Law
Goering & Goering LLC
220 West Third Street
Cincinnati, Ohio   45202
513-621-0912 phone
513-621-6042 fax
rob@goering-law.com

```
The information contained in the E-mail message is attorney privileged and
confidential information intended only for the use of the individual or
entity names above. If the reader of this message is not the intended
recipient, or the employee or agent responsible to deliver it to the intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited. If you have received
this communication in error, please immediately notify us at 513-621-0912.
Disclosure: Nothing contained herein or in any attachment hereto is intended
to be used, or can be used, to avoid penalties under the Internal Revenue
Code.
```

**From:** Sales, Benjamin A. (USTP) [mailto:Benjamin.A.Sales@usdoj.gov]
**Sent:** Friday, October 05, 2018 12:42 PM
**To:** Rob Goering
**Cc:** eileenfield.trustee@fuse.net
**Subject:** RE: Bair - 18-12585

Good afternoon Rob,

Just checking to confirm that your client is still working on obtaining the documents I requested in the letter sent September 20, 2018. I understand that there have already been talks with the chapter 7 trustee about doing a 2004 exam once we have all have received the documents and had time to review them. I just checked and it appears that our deadline to object is 10/9. Would you be willing to agree to a 60 day extension of time for the Chapter 7 Trustee and the U.S. Trustee? Please advise if I have your permission to upload the attached AO extension. If not, please let me know and I will file a motion.

Thanks,
Ben

**From:** Sales, Benjamin A. (USTP)
**Sent:** Thursday, September 20, 2018 5:02 PM
**To:** 'Rob Goering' <rob@goering-law.com>
**Cc:** 'eileenfield.trustee@fuse.net' <eileenfield.trustee@fuse.net>

UST 3

**Subject:** Bair - 18-12585

Good afternoon Rob,

Please find attached a letter requesting information from your client, Suzanne Bair, Case No. 18-12585. Please forward said information to me within fourteen days from receipt of this e-mail. Should you have any comments or questions, please do not hesitate to contact me. Thank you in advance for your anticipated cooperation with this matter.

Sincerely,

Benjamin A. Sales, Esq.
Trial Attorney, Cincinnati
United States Department of Justice
Office of the United States Trustee
36 E. Seventh Street, Suite 2030
Cincinnati, Ohio 45202
(513) 684-6988 x 223