| | |
|---|---|
| **From:** | Sales, Benjamin A. (USTP) |
| **To:** | Rob Goering |
| **Subject:** | RE: Bair - 18-12585 - Additional Documents |
| **Date:** | Thursday, February 14, 2019 11:42:00 AM |

Hello Rob,

I realized there is an error in the list of documents I requested yesterday. Please disregard the request for the account ending in 7024 (we covered that account number at the 2004 exam) and replace it with Debtor's PNC savings account ending in 6725. The timeframe requested is still January 2017 – present.

Should you have any comments or questions, please don't hesitate to contact me.

Thank you,
Ben

**From:** Sales, Benjamin A. (USTP)
**Sent:** Wednesday, February 13, 2019 2:48 PM
**To:** 'Rob Goering' <rob@goering-law.com>
**Subject:** Bair - 18-12585 - Additional Documents

Good afternoon Rob,

The following is a list of documents still outstanding from the U.S. Trustee's letters dated 9/20/18 and 12/12/18, as well as additional items discussed at Ms. Bair's 2004 exam on February 5, 2019. Please provide the requested information within fourteen days.

1. PNC account ending in 4732 – Eileen made me a copy of all 2016 statements and Ms. Bair previously provided one statement for July 2018. I still need **January 2017-present**.

2. United Bank account ending in 0676 – Debtor has provided one statement for the month of August 2018. I still need **January 2017-present**.

3. Misc. PNC Business Checking Preferred Accounts – Account numbers ending in 2208, 4544, and 7024. I still need **January 2017-present**.

4. PNC Business Checking Preferred Account ending in 4456 – I have statements for January 2016 through June 2016. Please provide **July 2016-present**.

5. Ms. Bair indicated at her 2004 exam that she no longer has access to any of her company's check registers or accounting information because she no longer has access to her Quickbooks account. Please provide the approximate date that the Debtor no longer had access to her accounting materials from Quickbooks.

6. Please provide an explanation for the source and disposition of the $46,000 deposited into

the DSB2 Holdings account between July 1, 2017 and November 31, 2017.

Should you have any comments or questions, please don't hesitate to contact me.

Thank you,

Benjamin A. Sales, Esq.
Trial Attorney, Cincinnati
United States Department of Justice
Office of the United States Trustee
36 E. Seventh Street, Suite 2030
Cincinnati, Ohio 45202
(513) 684-6988 x 223