## Law Offices Of
## Christine Boghosian Hill, Ltd.
3991 Hamilton Middletown Road, Suite T
Hamilton, Ohio 45011
Telephone: (513) 381-8999
Facsimile: (513) 381-1645

Teri Kees, Legal Assistant

Middletown Office
1004 North University Blvd.
Middletown, Ohio 45042
(513) 217-4567

February 11, 2019

Robert A. Goering, Esq.
220 West Third Street
Suite 399
Cincinnati, OH 45202

Re:   In Re: Suzanne Bair
      Case No.: 18-12585

Dear Rob:

I reviewed my files again after our deposition of Suzanne Bair and can confirm that I did not receive any credit card statements from Ms. Bair, as requested, nor did Mr. Sales.

Your courtesy in providing credit card statements, for the year 2016, would be greatly appreciated. I have attached a list of creditors that appear in the debtor's bank statements, but this list may not be exhaustive.

Please also provide statements relating to the "investment" account(s) that Ms. Bair identified as the source of payments to Lavonne Hubers during the term of the Land Installment Contract & Lease, showing disbursements and credits for the 2016 tax year.

Finally, we would appreciate documentation confirming the sources of income deposited in account number 42-0623-4732, other than the recurrent social security income, pension income and biweekly income of $3,700.00 from the business. The relevant bank statements have been sent to you under separate cover. The deposits of interest are listed on an attached schedule.

Thank you for your courtesy and cooperation.

Very truly yours,

COPY
Christine B. Hill

CBH: tk
cc: Eileen Field, Esq.

**Deposits of Interest:**

| Amount | Description |
|---|---|
| $ 1,150.00 | Deposit on 2/8/16 |
| $ 6,256.00 | Deposit on 4/29/16 |
| $ 375.00 | Deposit on 6/14/16 |
| $10,000.00 | Deposit on 10/22/16 |
| $ 9,751.18 | Deposit on 8/29/16 |
| $ 5,003.53 | Deposit on 10/3/16 |
| $ 1,500.00 | Deposit on 10/21/16 |
| $ 3,000.00 | Deposit on 11/4/16 |
| $ 510.00 | Deposit on 11/14/16 |
| $ 577.00 | Deposit on 11/14/16 |
| $ 1,950.00 | Deposit on 11/15/16 |
| $ 5,200.00 | Deposit on 11/18/16 |
| $ 6,143.21 | Deposit on 12/2/16 |
| 500.00 | Deposit on 12/7/16 |
| $ 2,500.00 | Deposit on 12/16/16 |
| $ 1,140.00 | Deposit on 12/22/16 |
| $ 4,500.00 | Deposit on 12/23/16 |
| $ 3,050.00 | Deposit on 12/30/16 |

**Online and Electronic Banking Deductions**

Home Depot

Synchrony Bank

Fifth Third Bank

Sears

Bank of America

Chase (4 accounts)

Kohl's

Citi card (2 accounts)

Lowes

Wells Fargo