**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: January 29, 2019**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-12585 |
| | ) | |
| Suzanne Bair, | ) | Chapter 7 |
| | ) | |
| Debtor | ) | **Hon. Beth A. Buchanan** |
| | ) | U. S. Bankruptcy Judge |

### ORDER DIRECTING THE CUSTODIAN OF RECORDS FOR RAFTERHAUS CONSTRUCTION, LLC TO APPEAR FOR FED. R. BANKR. 2004 EXAMINATION AND FOR PRODUCTION OF DOCUMENTS

     The Motion of the United States Trustee for an Order Directing the Custodian Of Records for Rafterhaus Construction, LLC to Appear for an Examination under Fed. R. Bankr. P. 2004 (Doc. 21) came on for consideration, the Motion having been filed on December 13, 2018 and appropriate notice thereof having been filed on December 13, 2018 (Doc. 22). No objection to the Motion having been filed, and good cause appearing therefore:

     **IT IS HEREBY ORDERED** that the custodian of records for Rafterhaus Construction, LLC SHALL appear for an examination pursuant to Federal Rules of Bankruptcy Procedure 2004 on a date mutually agreeable to the parties, which is tentatively scheduled for **Friday, February 8, 2019 at 10:00 a.m.**, at the United States Trustee Office, 36 East Seventh Street, Suite 2050, Cincinnati, Ohio 45202.[1]

---

[1] The Motion for 2004 Examination (Doc. 21) requested that the custodian of records for Rafterhaus Construction, LLC appear for examination on December 28, 2018 or any other date mutually agreeable to the parties. Due to the government shutdown that began on December 22, 2018, the Rule 2004 Examination was not conducted on the proposed date of December 28, 2018.

**IT IS FURTHER ORDERED** that no later than three days prior to the agreed upon date of the Bankruptcy Rule 2004 Examination, the Custodian of Records for Rafterhaus Construction, LLC SHALL PRODUCE the following documents for the United States Trustee's review at the office of the United States Trustee, or they can be emailed to the attention of Benjamin Sales at benjamin.a.sales@usdoj.gov at least three days prior to the 2004 exam:

a. A copy of the monthly statements for any and all bank, credit union, money market, brokerage, or mutual fund accounts that Rafterhaus Construction LLC had an interest in, for the period January 1, 2016 to the present.

b. Copies of all check registers for the last two years of the entity's operation.[2]

c. A current list of shareholders; and a list of all money or other consideration disbursed to shareholders/partners/members in the last two years of the entity's operation.

d. Federal and state tax returns, including all schedules and attachments for 2017 and 2018 once filed.

e. Profit & Loss Statements and Income Statements for the last two years of the entity's operation.

f. Any and all books and records kept by the business entity in its normal course of business in the last two years. *The books and records can be brought to the 2004 Exam.*

**IT IS SO ORDERED**.

Copy of Order to:

Default List and Additional Party:

Judith A Hackler
Statutory Agent for Rafterhaus Construction, LLC
1800 Tanglewood Dr.
Loveland, OH 45140

###

---

[2] This request differs slightly from what was requested in the Motion in an attempt to make the production of relevant information less onerous on the custodian of records for Rafterhaus Construction, LLC.