| | |
|---|---|
| **From:** | Paul T. Saba, Esq. |
| **To:** | Sales, Benjamin A. (USTP) |
| **Subject:** | RE: Records Custodian for Ratherhaus |
| **Date:** | Thursday, February 7, 2019 2:32:32 PM |
| **Attachments:** | image006.png |

Ben,

Ratherhaus will agree to produce a witness on 2/21 at 9 but it is not agreeing to produce any of the irrelevant documents you have requested. The debtor has testified in a 341 hearing and a 2004 examination and on both occasions she testified that she is not an owner of Rafterhaus.

Thanks

Paul T. Saba, Esq.
Stagnaro, Saba & Patterson, Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.2703
Direct Fax: 513.533.2713
pts@sspfirm.com
http://www.sspfirm.com

  

This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

---

**From:** Sales, Benjamin A. (USTP) <Benjamin.A.Sales@usdoj.gov>
**Sent:** Thursday, February 07, 2019 12:41 PM
**To:** Paul T. Saba, Esq. <pts@sspfirm.com>
**Subject:** RE: Records Custodian for Ratherhaus

Hi Paul,

2/21 at 9 am works for me. Will you accept service of a subpoena on behalf of Rafterhaus?

Thanks,

Benjamin A. Sales, Esq.
Trial Attorney, Cincinnati
United States Department of Justice
Office of the United States Trustee
36 E. Seventh Street, Suite 2030
Cincinnati, Ohio 45202
(513) 684-6988 x 223

**From:** Paul T. Saba, Esq. <pts@sspfirm.com>
**Sent:** Thursday, February 07, 2019 12:29 PM
**To:** Sales, Benjamin A. (USTP) <Benjamin.A.Sales@UST.DOJ.GOV>
**Subject:** Records Custodian for Ratherhaus

Ben,

Tomorrow will not work for Ratherhaus but 2/21 at 9 am does work.  Let me know if that works for you.

Thanks

Paul T. Saba, Esq.
Stagnaro, Saba & Patterson, Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Direct Dial: 513.533.2703
Direct Fax: 513.533.2713
pts@sspfirm.com
http://www.sspfirm.com





This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.