Bankruptcy email dated 3/06/19

1. $15,000 Deposited to checking #4732 on 5/5/17 was from James & Judy Hackler
   $35,000 Deposited to checking #4732 on 5/18/17 was from James & Judy Hackler
   $30,000      "              "              "      6/27/17   "         "         "

2. Cashier's check $7,551.72 on 6/22/17 was a garnishment to Nisbet Brower on BBC's behalf

   1/2/17  #7139  $760   Arrowhead Apts
   1/8     #7140  $50    Harper's Pt Apt –
   1/8/    #7141  $49    "              "
   1/11    #7142  $546.61 GECU
   1/11    #7143  $3000  loan to BBC
   1/16    #7144  $100.90 Loveland Water
   1/19    #7145  $626.48 Anthem
   1/23    #7146  $263.90 Duke Energy
   1/24    #7147  $1700  Clerk of Courts
   1/26    #7148  $198.40 Nationwide
   1/30    #7149  $363.94 Speedway
   1/30    #7150  $83.00  TriHealth
   1/29    #7151  $300   Good Shepherd Lutheran
   2/1/17  #7152  $6000 loan to BBC
   2/2     #7153  $760   Arrowhead Apts
   2/2     #7154  $1189.36 Park Nat'l Bank
   2/15    #7155  $91.83 Loveland Water
   2/22    #7156  $626.48 GECU
   3/4/17  #7157  $1189.36 Park Nat'l Bank
   3/7     #7158  $350   Donnellon & Donnellon
   3/7     #7159  $1000 loan to BBC
   3/15    #7160  $546.61 GECU
   4/3/17  #7161  $250 loan to brother
   4/8     #7162  $110.51 Loveland Water
   4/8     #7163  $1189.36 Park Nat'l Bank
           #7164  VOIDED
   4/17    #7165  $2030.15 Travis – BBC employee
   4/22    #7166  $85.91 Loveland Water
   5/3/17  #7167  $526.40 Travis –BBC employee
   5/8     #7168  $1189.36 Park Nat'l Bank
   5/8     #7169  $546.61 GECU
   5/8     #7170  $3000   PNC for BBC account
   5/8     #7171  $1224.40 Cash for Sam
           #7172  VOIDED
   5/8     #7173  $1090.00 Cash for DJ
   5/12    #7174  $3400.00  loan to BBC for Unlimited Carpentry
   5/15    #7175  $96.70 Loveland Water
   5/15    #7176  $1100.00  loan to BBC for TriState Electric

5/18    #7177 $260.54  Dr. Kattleman
5/19    #7178 $2200.00  Cash for loan to BBC & pay RL Bull
5/19    #7179 $3224.40  Cash to Sam .
5/22    #7180 $150.00  BP CC
5/22    #7181 $233.65  Spectrum
5/22    #7182 $129.00  Hader Htg for w/h
5/23    #7183 $700.00  PNC CC for BBC
5/26    #7184 $2850.00  Unlimited Carpentry
5/27    #7185 $1146.77  Cash for DJ
5/28    #7186 $200.00   Good Shepherd Lutheran
5/31    #7187 $1524.40  Cash for loan to BBC & Sam
6/1/17  #7188 $2000.00 Cash for loan to BBC
6/3     #7189 $1189.36  Park Nat'l Bank
6/5     #7190 $1800.00 Cash for loan to BBC
6/13    #7191 $546.61  GECU
        #7192 VOIDED
        #7193 VOIDED
6/29    #7194 $26,500.00  Money order to hold for DSB2 Holdings
7/1/17  #7195 $172.92  O'Reilly Auto Parts
7/6     #7196 $1208.25  Park Nat'l Bank
7/17    #7197 $92.18  Loveland Water
7/18    #7198 $71.74  Nationwide
7/18    #7199 $164.79  Duke Energy
8/31/17 #7200 $2500  Plattenburg Assoc.
9/5/17  #7201 $1600  JW Development for w/h rent
        #7202 VOIDED
9/17    #7203 $93.39  Loveland Water
9/27    #7204 $1208.25  Park Nat'l Bank
10/11/17 #7205 $1500.00  Robert Goering
10/16/17 #7206 $132.10  Loveland Water
11/6    #7207  $104.87  Nationwide


3. See above for this info

4. See attached document

5. 8/1/17  $4500
   8/3/17  $3000
   8/7/17  $1500
   8/10/17 $2000
   8/31/17 $2500 to personal
   9/5/17  $400    "
   9/6/17  $1600 to personal  $3400 to
   9/13/17 $1000     "

```
9/26/17   $1700      "         $300 to
10/5/17   $1600
10/16/17  $120
10/25/17  $400   to personal
10/27/17  $400   to personal
11/6/17   $2000
11/8/17   $600 to personal
11/9/17   $1400
11/22/17  $450
11/29/17  $5000
1/11/18   $5000
```

6. Statements given before were copies from the paper file I had and then the property was transferred over to 1537 Republic LLC in late 2016. So BBC no longer had access to the bank account info.

7. Bair Build Co. bank account ending in 4893 was closed in late 2016.

8. See attached document.