

# Bair Build Co.
## @bairbuild

- **Home**
- About
- Photos
- Reviews
- Videos
- Posts
- Community
- Info and Ads

**Create a Page**

👍 Like    📡 Follow    ↗ Share    ⋯

 **Bair Build Co.** added 12 new photos from July 29, 2013 to the album: **Delta Ave Project (Before & After)**.

July 29, 2013 · 🕐 · 🌐

Photos of this project from similar angles



Delta Ave Project (Before & After)
12 Photos

📞 **Contact Us**    💬 **Send Message**

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created – May 21, 2012

### Related Pages

 **Primo Pads**
Pet Service    Like

 **Lauren Ashley Page**
Public Figure    Like

 **Cincy Dumpster Inc**
Construction Company    Like

### Pages Liked by This Page    ›

 **Doppes J B Sons Lum...**    Like

 **Bayer Becker**    Like














UST 19