File #19-20502 – April 17, 2019 – JJB:cmm
Attorney for Plaintiff

IN THE COURT OF COMMON PLEAS
CIVIL DIVISION
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| RUCH ENTERPRISES LLC D/B/A EXPRESS EMPLOYMENT PROFESSIONALS | : | CASE NO. A1901414 |
| | : | Judge Patrick T. Dinkelacker |
| Plaintiff, | : | |
| vs. | : | **NOTICE AND CERTIFICATION TO THE COURT OF SERVICE OF PROCESS ON DEFENDANT RAFTERHAUS CONSTRUCTION, LLC** |
| DAVID BAIR, JR., et al. | : | |
| Defendants. | : | |

NOTICE IS HEREBY GIVEN that the undersigned certifies that he personally served Defendant, Rafterhaus Construction, LLC, by hand delivering a copy of the Summons and Complaint in the instant case to Susan Bair, who is over eighteen years of age, at 1800 Tanglewood Drive, Loveland OH 45140-9319, on Monday, April 15, 2019 at 6:20 p.m. See copy of Summons attached hereto as **Exhibit A**.

Respectfully submitted,

**/s/ James J. Birch, Esq.**
James J. Birch, Esq. (0092767)
Rolfes Henry Co., L.P.A.
600 Vine Street, Suite 2600
Cincinnati, Ohio 45202
Phone: (513) 579-0080
Fax: (513) 579-0222
jbirch@rolfeshenry.com
*Attorney for Plaintiff*

UST 20



EXHIBIT
A

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

RUCH ENTERPRISES LLC DBA EXPRE
    PLAINTIFF

        Use below number on
        all future pleadings

-- vs --

    No. A 1901414
        SUMMONS

DAVID BAIR JR
    DEFENDANT

    RAFTERHAUS CONSTRUCTION LLC
    % JUDITH A HACKLER REG AGENT    D - 2
    1800 TANGLEWOOD DR
    LOVELAND OH 45140-9319

You are notified
that you have been named Defendant(s) in a complaint filed by

    RUCH ENTERPRISES LLC DBA EXPRE
    4572 MONTGOMERY ROAD
    CINCINNATI OH 45212

    Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET   ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.

Name and Address of attorney
JAMES BIRCH
600 VINE STREET, SUITE 2600
CINCINNATI    OH    45202

AFTAB PUREVAL
Clerk, Court of Common Pleas
    Hamilton County, Ohio

By  RICK HOFMANN
        Deputy

Date:  April 12, 2019

D125117914

*Personally served on Monday, April 15, at 6:20 p.m.*

*JAMES J. BIRCH*

UST 20