```
 1                UNITED STATES DISTRICT COURT
 2                    BANKRUPTCY DIVISION
 3                        AT CINCINNATI
 4                           *   *   *
 5  IN RE:  SUZANNE BAIR,         CASE NO.
 6                Debtor.    1:18-bk-12585
 7                           *   *   *
 8        Deposition of SUZANNE BAIR, Debtor
 9  herein, called by the Trustee for direct
10  examination pursuant to the Rules of Civil
11  Procedure, taken before me, Lisa M. Conley
12  Yungblut, a Notary Public within and for the State
13  of Ohio, at Eileen Field Law Offices, LLC, 36 East
14  7th Street, Suite 2020, Cincinnati, Ohio, on
15  Tuesday, the 5th of February, 2019, at 10:01 a.m.
16                           *   *   *
17
18
19
20
21
22
23
24
25
```

Case 1:18-bk-12585 Doc 51-21 Filed 05/09/19 Entered 05/09/19 19:02:26 Desc
In Re: Suzanne Bair    UST 21    Page 2 of 9    Suzanne Bair

2

| Line | EXAMINATION CONDUCTED | PAGE |
|---|---|---|
| 1 | | |
| 2 | BY MS. HILL: | 6 |
| 3 | BY MR. SALES: | 70 |
| 4 | BY MS. COOPER: | 94 |
| 5 | BY MR. SALES: | 96 |
| 6 | BY MS. HILL: | 96 |
| 7 | | |
| 8 | EXHIBITS MARKED | PAGE |
| 9 | (Thereupon, Exhibit 1, a multi-page | |
| 10 | land installment contract was marked | |
| 11 | for purposes of identification.). . . . | 8 |
| 12 | (Thereupon, Exhibit 2, a Land Contract | |
| 13 | Extension, was marked for purposes of | |
| 14 | identification.). . . . . . . . . . . . | 17 |
| 15 | (Thereupon, Exhibit 3, a multi-page | |
| 16 | Lease Agreement, was marked for | |
| 17 | purposes of identification.). . . . . . | 17 |
| 18 | (Thereupon, Exhibit 4, a Lease | |
| 19 | Addendum, was marked for purposes of | |
| 20 | identification.). . . . . . . . . . . . | 20 |
| 21 | (Thereupon, Exhibit 5, a Deed, was | |
| 22 | marked for purposes of identification.) | 22 |
| 23 | (Thereupon, Exhibit 6, a Park National | |
| 24 | Bank document, was marked for purposes | |
| 25 | of identification.). . . . . . . . . . | 23 |

3

| | | |
|---|---|---|
| 1 | (Thereupon, Exhibit 7, a 2015 US Tax | |
| 2 | Return, was marked for purposes of | |
| 3 | identification.). . . . . . . . . . . . . | 28 |
| 4 | (Thereupon, Exhibit 8, multiple pages | |
| 5 | of bank statements and attachments, was | |
| 6 | marked for purposes of identification.) | 36 |
| 7 | (Thereupon, Exhibit 9, US 2016 Income | |
| 8 | Tax Return, was marked for purposes of | |
| 9 | identification.). . . . . . . . . . . . . | 49 |
| 10 | (Thereupon, Exhibit 10, multiple pages | |
| 11 | of debt schedules, was marked for | |
| 12 | purposes of identification.). . . . . . . | 52 |
| 13 | (Thereupon, Exhibit 11, a Union Savings | |
| 14 | judgment entry and Pella Windows | |
| 15 | judgment entry, was marked for purposes | |
| 16 | of identification.). . . . . . . . . . . | 101 |
| 17 | (All Exhibits were retained by Ms. Hill.) | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Case 1:18-bk-12585 Doc 51-21 Filed 05/09/19 Entered 05/09/19 19:02:26 Desc
In Re: Suzanne Bair UST 21 Page 4 of 9 Suzanne Bair

4

```
 1   APPEARANCES:

 2        On behalf of the Trustee:

 3             Law Offices of Christine Boghosian
               Hill
 4
        By:    Christine B. Hill
 5             Attorney at Law
               3991 Hamilton Middletown Road
 6             Suite T
               Hamilton, Ohio 45011
 7             513-381-8999
               chrishill.atty@fuse.net
 8
               and
 9
               Eileen Field Law Offices, LLC
10
        By:    Eileen K. Field
11             Attorney at Law
               36 East 7th Street
12             Suite 2020
               Cincinnati, Ohio 45202
13             513-684-9000
               eileenfield.atty@fuse.net
14
          On behalf of the Debtor/Witness:
15
               Goering & Goering, LLC
16
        By:    Robert Goering
17             Attorney at Law
               220 West Third Street
18             Cincinnati, Ohio 45202
               513-621-0912
19             rob@goering-law.com

20

21

22

23

24

25
```

```
                                                              5
1    On behalf of the Assistant US Trustee:

2         US Department of Justice

3    By:  Benjamin Sales
          Cathy M. Cooper
4         Attorneys at Law
          Office of the US Trustee, Region 9
5         36 East 7th Street
          Suite 2030
6         Cincinnati, Ohio 45202
          513-684-6988
7         benjamin.a.sales@usdoj.gov
          cathy.m.cooper@usdoj.gov
8
                    *   *   *
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 1:18-bk-12585 Doc 51-21 Filed 05/09/19 Entered 05/09/19 19:02:26 Desc
In Re: Suzanne Bair                      UST 21    Page 6 of 9                    Suzanne Bair

96

1  put it in my personal account, and then I wrote
2  personal checks.
3              MS. COOPER:  Okay.
4              MS. HILL:  I have one question, if
5  you're done.
6              MS. COOPER:  Yes, I am.  Thank you.
7                   FURTHER EXAMINATION
8  BY MS. HILL:
9         Q.   With respect to those holding
10 companies, you mentioned when you were interested
11 in a property and there was a purchaser, there was
12 a holding company set up.  Maybe you don't know
13 the answer to this, but did your money go to pay
14 any of the debts of those smaller holding
15 companies, these individual holding companies, or
16 was it just Bair Build that you paid the debt for,
17 the ones on your creditor schedules?
18        A.   I don't know.  I don't know.
19             MS. HILL:  Okay.
20             MR. GOERING:  All done?
21             MR. SALES:  I have one more that I
22 forgot to mention.
23                  FURTHER EXAMINATION
24 BY MR. SALES:
25        Q.   So there's a company, this Rafter

97

1 | House Construction, LLC?

2     A.    Um-hmm.

3     Q.    Are you familiar with that company?

4     A.    That's -- the owner of the company is
5 my stepmom and it's run by my son.  I helped her
6 set it up on the Secretary of State site, but it's
7 not mine, and I don't know anything about what --
8 you know, the comings and goings of that because
9 I'm not involved in that.

10     Q.    So you helped her just file the
11 Secretary of State documents?

12     A.    Right, and I went with her to the
13 bank to set up an account, you know, and she
14 wanted me to be a signer just in case DJ needed
15 some help, but I'm not involved in that, and
16 that's not my company.  And she doesn't run it
17 either, I mean, DJ runs the company.  She just
18 owns the company.

19     Q.    Okay.  So are you currently a
20 signatory to a bank account for Rafter House
21 Construction?

22     A.    Well, DJ.

23     Q.    Sorry?

24     A.    DJ.

25     Q.    He is, but you are too?

98

```
 1              A.   I am, but I haven't looked at that
 2   account in probably nine months because -- I mean,
 3   when they first started it or when it was first
 4   started, I said I'll help get it on its feet, but
 5   I mean, once DJ started running it, I just said
 6   I'm done.  I don't have any interest in that.
 7              Q.   When you say helped get it on its
 8   feet, you mean helping set up the account?
 9              A.   Correct.
10              Q.   Did you do anything else or what was
11   the extent of your involvement in helping set it
12   up?
13              A.   I think I balanced the checkbook
14   twice or the statement twice, but that was
15   probably the extent of it.  I didn't pay the
16   bills.  That was -- DJ brought in the money and
17   paid the bills and all of that, so I mean, it's
18   not my company and it's nothing to do with -- I
19   have no idea of what is going on with it.
20              Q.   So DJ runs it?
21              A.   Correct, yes, and its owned by --
22              Q.   Owned by?
23              A.   -- my stepmom.  Yeah.
24              Q.   Does she have -- do you know if she
25   has any experience in construction?
```

99

```
1        A.    No, no.
2        Q.    You don't know or she doesn't?
3        A.    No, she doesn't.
4        Q.    Okay.  Does she do anything for the
5  company?
6        A.    No.  It's just her company.
7        Q.    She just owns it?
8        A.    She owns it, correct.
9        Q.    But she doesn't do anything for it?
10       A.    Correct.
11       Q.    DJ does everything?
12       A.    Correct, correct.
13             MR. SALES:  Okay.
14             MS. FIELD:  One question, just to
15  clarify on the account that you had, the bank
16  account.
17             MR. GOERING:  Let's make sure, you're
18  done?
19             MS. HILL:  I was just going to end as
20  a housekeeping, put these in the record.  I have
21  no questions.
22             MR. GOERING:  All right.  Are you
23  done?
24             MR. SALES:  I'm done.
25             MR. GOERING:  Last question.
```