UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI DIVISION

In Re: §
 §
Suzanne Bair § Case No. 18-12585
 §
 §
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

EILEEN K. FIELD, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 10,075.00 *(Without deducting any secured claims)* | Assets Exempt: 6,115.00 |
| Total Distributions to Claimants: 10,429.48 | Claims Discharged Without Payment: 998,069.07 |
| Total Expenses of Administration: 9,570.52 | |

3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,673.00 | $1,130.37 | $1,130.37 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,570.52 | 9,570.52 | 9,570.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,064.00 | 20,409.77 | 20,409.77 | 10,429.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 724,854.13 | 476,585.61 | 474,700.49 | 0.00 |
| **TOTAL DISBURSEMENTS** | $730,591.13 | $507,696.27 | $505,811.15 | $20,000.00 |

4) This case was originally filed under chapter 7 on 07/03/2018. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/07/2021   By:/s/EILEEN K. FIELD, TRUSTEE
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate at 1800 Tanglewood Drive, Loveland OH 45140 | 1241-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | First Bank Of Ohio | 4210-000 | 2,673.00 | 1,130.37 | 1,130.37 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,673.00** | **$1,130.37** | **$1,130.37** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EILEEN K. FIELD | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| EILEEN K. FIELD | 2200-000 | NA | 213.90 | 213.90 | 213.90 |
| Christine B. Hill | 3210-000 | NA | 5,684.37 | 5,684.37 | 5,684.37 |
| Christine B. Hill | 3220-000 | NA | 922.25 | 922.25 | 922.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $9,570.52 | $9,570.52 | $9,570.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, P O Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6A | OHIO DEPARTMENT OF TAXATION | 5800-000 | 3,064.00 | 20,409.77 | 20,409.77 | 10,429.48 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $3,064.00 | $20,409.77 | $20,409.77 | $10,429.48 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1420 Main Street LLC, 1431 Main Street Cincinnati, OH 45202 | | 10,898.00 | NA | NA | 0.00 |
| | ADT Security Services Inc, P O Box 551200 Jacksonville, FL 32255 | | 1,403.00 | NA | NA | 0.00 |
| | Allied Glass, 2036 Reading Road Cincinnati, OH 45202 | | 673.00 | NA | NA | 0.00 |
| | Bair Build Company, LLC, 1706 John Street Cincinnati, OH 45214 | | 0.00 | NA | NA | 0.00 |
| | Barron Peck Bennie & Schlemmer, 3074 Madison Road Cincinnati, OH 45209 | | 13,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bethesda Hospital, PO Box 633571 Cincinnati, OH 45263-3571 | | 100.00 | NA | NA | 0.00 |
| | CB Real Estate, 45 Fairfield Ave #4 Bellevue, KY 41073 | | 100.00 | NA | NA | 0.00 |
| | Chase, PO Box 15153 Wilmington, DE 19886 | | 6,556.00 | NA | NA | 0.00 |
| | Chase, PO Box 15153 Wilmington, DE 19886 | | 8,146.73 | NA | NA | 0.00 |
| | Chip & Diane Denning, 1507 Republic Street Cincinnati, OH 45202 | | 18,000.00 | NA | NA | 0.00 |
| | DEPE, LLC dba Pella, 9869 Montgomery Road Cincinnati, OH 45242 | | 17,494.00 | NA | NA | 0.00 |
| | Fifth Third Bank, 38 Fountain Square Plaza Cincinnati, OH 45202 | | 200.00 | NA | NA | 0.00 |
| | Home Depot, PO Box 790328 Saint Louis, MO 63179 | | 4,826.63 | NA | NA | 0.00 |
| | Home Depot, PO Box 790328 Saint Louis, MO 63179 | | 6,085.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Josh Loewenstine, 3616 Marburg Ave Cincinnati, OH 45208 | | 0.00 | NA | NA | 0.00 |
| | Kingston Development Group LLC, 2372 Madison Road Unit WIC Cincinnati, OH 45208 | | 0.00 | NA | NA | 0.00 |
| | Louisville Tile, 3200 E Kemper Road Cincinnati, OH 45241 | | 1,479.00 | NA | NA | 0.00 |
| | Michael Carter, coplaintiff with Barestone 5580 Windridge View Cincinnati, OH 45243 | | 0.00 | NA | NA | 0.00 |
| | Ohio Bureau of Workers Compensation, Attn: Law Section Bankruptcy Unit PO Box 15567 Columbus, OH 43215-0567 | | 2,966.00 | NA | NA | 0.00 |
| | PNC Bank, Western Loan Center 2730 Liberty Ave Bankruptcy Dept Pittsburgh, PA 15222 | | 18,111.14 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ravdeep & Sonia Chanana, 234 E 23rd Street #4A New York, NY 10010 | | 55,000.00 | NA | NA | 0.00 |
| | Speedway Super America LLC, P O Box 740587 Cincinnati, OH 45274 | | 500.00 | NA | NA | 0.00 |
| | Sunbelt Rental, 4631 Spring Grove Cincinnati, OH 45232 | | 5,301.00 | NA | NA | 0.00 |
| | Union Savings Bank, 8534 E. Kemper Road Cincinnati, OH 45249 | | 289,950.00 | NA | NA | 0.00 |
| | Valley Insulation, 5537 OH 128 Cleves, OH 45002 | | 8,458.00 | NA | NA | 0.00 |
| | Wells Fargo, PO Box 29482 Phoenix, AZ 85038 | | 44,140.04 | NA | NA | 0.00 |
| 3 | 84 Lumber | 7100-000 | 27,000.00 | 22,281.74 | 22,281.74 | 0.00 |
| 5 | Bank Of America, N.A. | 7100-000 | 25,053.84 | 25,688.90 | 25,688.90 | 0.00 |
| 10 | Barestone,Llc; Kingston Development Group, Llc | 7100-000 | 100,000.00 | 361,587.62 | 361,587.62 | 0.00 |
| 1 | Cavalry Spv I, Llc | 7100-000 | 14,367.79 | 15,033.36 | 15,033.36 | 0.00 |
| 2 | Cavalry Spv I, Llc | 7100-000 | 7,614.21 | 8,272.08 | 8,272.08 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Fifth Third Bank | 7100-000 | 31,150.00 | 31,144.14 | 31,144.14 | 0.00 |
| 4 | Keidel Supply Company, Inc. | 7100-000 | 1,872.00 | 1,885.12 | 0.00 | 0.00 |
| 7 | Midland Funding Llc | 7100-000 | 3,708.00 | 597.67 | 597.67 | 0.00 |
| 8 | Pnc Bank, N.A. | 7100-000 | 700.00 | 481.33 | 481.33 | 0.00 |
| 6B | OHIO DEPARTMENT OF TAXATION | 7300-000 | NA | 9,613.65 | 9,613.65 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$724,854.13** | **$476,585.61** | **$474,700.49** | **$0.00** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-12585 | BAB | Judge: | Beth A. Buchanan | | Trustee Name: | EILEEN K. FIELD, TRUSTEE |
| Case Name: | Suzanne Bair | | | | | Date Filed (f) or Converted (c): | 07/03/2018 (f) |
| | | | | | | 341(a) Meeting Date: | 08/08/2018 |
| For Period Ending: | 01/07/2021 | | | | | Claims Bar Date: | 04/15/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1999 Porsche Boxster Mileage: 95,000 Needs Work | 3,500.00 | 0.00 | | 0.00 | FA |
| 2. 2011 Dodge Durango Mileage: 100,000 | 9,900.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 340.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. 2 Dogs-20 1 Cat-10 | 30.00 | 0.00 | | 0.00 | FA |
| 7. Pnc Bank | 40.00 | 0.00 | | 0.00 | FA |
| 8. United Bank | 100.00 | 0.00 | | 0.00 | FA |
| 9. Bair Build Company, Llc | 0.00 | 0.00 | | 0.00 | FA |
| 10. Design Elements | 0.00 | 0.00 | | 0.00 | FA |
| 11. Dsb Holdings, Llc | 0.00 | 0.00 | | 0.00 | FA |
| 12. Pension - Huntsman (Per Month) | 280.00 | 0.00 | | 0.00 | FA |
| 13. Real Estate at 1800 Tanglewood Drive, Loveland OH 45140 (u) Trustee is considering filing a Complaint for fraudulent transfer of the real estate. | 0.00 | 20,000.00 | | 20,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $16,190.00         $20,000.00         $20,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/14/2020 Adversary proceeding resolved and settlement of $20,000 paid to Trustee by Defendant David Bair. Trustee objected to two creditor claims, and later withdrew objection as to one claim. Order Granting Objection to Claim #4 entered on 9/10/20.

12/31/2019  Adversary proceeding pending; status conference set for 1/9/2020.  Debtor dismissed as defendant from adversary, but Trustee still proceeding against other defendant re transfer of real estate.  Two additional adversary proceedings filed and pending in debtor's case.

04/10/2019  Adversary proceeding filed by Trustee on 2/18/19 and Answer filed; Pretrial Statements due 5/3/19.  UST also filed a Third Motion to Extend Time to file a Complaint objecting to discharge in 3/19.

12/31/2018  Trustee is considering filing a Complaint for fraudulent transfer of real estate, and Special Counsel was hired per Court Order of 10/1/18 to represent the Trustee in the adversary proceeding.  A 2004 Examination of Debtor is scheduled for February 5, 2019.

Exhibit 8

Initial Projected Date of Final Report (TFR): 07/01/2019     Current Projected Date of Final Report (TFR): 12/31/2020

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 18-12585 | Trustee Name: | EILEEN K. FIELD, TRUSTEE | |
| Case Name: | Suzanne Bair | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0226 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5510 | Blanket Bond (per case limit): | $2,000,000.00 | |
| For Period Ending: | 01/07/2021 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/20 | 13 | Goering & Goering<br>220 West Third St.<br>Cincinnati, Ohio 45202 | Settlement | 1241-000 | $20,000.00 | | $20,000.00 |
| 06/25/20 | 2001 | Christine B. Hill<br>3991 Hamilton Middletown Road, Suite T<br>Hamilton, OH 45013 | Special Counsel Fees | 3210-000 | | $5,684.37 | $14,315.63 |
| 06/25/20 | 2002 | Christine B. Hill<br>3991 Hamilton Middletown Road, Unit T<br>Hamilton, OH 45011 | Special Counsel Expenses | 3220-000 | | $922.25 | $13,393.38 |
| 11/25/20 | 2003 | EILEEN K. FIELD<br>3991 HAMILTON MIDDLETOWN ROAD<br>HAMILTON, OH 45011 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $2,750.00 | $10,643.38 |
| 11/25/20 | 2004 | EILEEN K. FIELD<br>3991 HAMILTON MIDDLETOWN ROAD<br>HAMILTON, OH 45011 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $213.90 | $10,429.48 |
| 11/25/20 | 2005 | OHIO DEPARTMENT OF TAXATION<br><br>Ohio Department Of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, Oh 43216 | Final distribution to claim 6 creditor account # representing a payment of 51.10 % per court order. | 5800-000 | | $10,429.48 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $20,000.00 |

Page Subtotals: $20,000.00 $20,000.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0226 - Checking | $20,000.00 | $20,000.00 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals: $0.00 $0.00